

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00068-CR

| | | |
|---|---|---|
| Rory Jones | § | From the 211th District Court |
| | § | of Denton County (F-2014-0079-C) |
| v. | § | November 20, 2014 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Sue Walker_____

Justice Sue Walker